```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

LUIGI GIROTTO,                          24-cv-2554 (JGK)

                Plaintiff,          <u>ORDER</u>

     - against -

KINGBRIDGE GARMENT CARE CORP., ET
AL.,

                Defendants.
-----------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was May 28, 2024. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **September 20, 2024**.

    If the defendants fail to respond to the complaint by this date, the plaintiff may move by order to show cause for a default judgment by **October 4, 2024**.

    If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

    The conference scheduled for September 24, 2024 is canceled.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **September 20, 2024.**

**SO ORDERED.**

Dated:   New York, New York
         September 13, 2024

_____
John G. Koeltl
**United States District Judge**