```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------

LUIGI GIROTTO,

               Plaintiff,

    - against -

KINGBRIDGE GARMENT CARE CORP., ET AL.,

               Defendants.

24-cv-2554 (JGK)

ORDER

-------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 13, 2025.

SO ORDERED.

Dated:    New York, New York
           December 31, 2024

                                         _____
                                          John G. Koeltl
                                    United States District Judge